U.S. DISTRICT COURT
EASTERN DISTRICT
FILED
2019 SEP 17 P 3: 02
STEPHEN C. DRIES
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

HUNTER C. NICHOLSON,

    Defendant.

Case No. 19-CR-167

[18 U.S.C. §§ 922(a)(6) & 924(a)(2)]

**Green Bay Division**

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

1. On or about June 15, 2019, in the State and Eastern District of Wisconsin,

**HUNTER C. NICHOLSON,**

in connection with the acquisition of a firearm from Jon's Sport Shop, a federally licensed firearms dealer, knowingly made a false and fictitious written statement intended and likely to deceive the dealer about a fact material to the lawfulness of the firearm's sale and disposition.

2. In particular, in connection with the purchase of an Anderson Manufacturing, Model AM-15, 5.56-millimeter rifle, bearing serial number 18237293, Hunter C. Nicholson falsely stated on the Firearms Transaction Record (ATF Form 4473) that he was the actual buyer of the firearm when, in fact, as Nicholson well knew, he was acquiring the rifle for someone else.

All in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

A TRUE BILL:

[signature redacted]

Date: 9-17-19

_____
MATTHEW D. KRUEGER
United States Attorney