# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| v. | **SENTENCING MINUTES** |
| **HUNTER NICHOLSON** | Case No. 19-CR-167 |

HONORABLE WILLIAM C. GRIESBACH presiding  Time Called: 11:29 a.m.
Proceeding Held: January 15, 2020  Time Concluded: 12:12 p.m.
Deputy Clerk: Cheryl  Tape: 011520

**Appearances:**

UNITED STATES OF AMERICA by:  Timothy W. Funnell

HUNTER NICHOLSON in person and by:  Krista Halla-Valdes

US PROBATION OFFICE by:  Brian Koehler

INTERPRETER: None  ☐ Interpreter Sworn

☒ The parties have no objections to the factual statements in the PSR
☒ The parties have no objections to the application of the guidelines in the PSR

☐ Objections/corrections to factual statements in PSR by ☐ Plaintiff ☐ Defendant
☐ Objections/corrections to application of guidelines by ☐ Plaintiff ☐ Defendant

☐ The court adopts the factual statements and guideline application as set forth in the PSR
☐ The court adopts the factual statements and guideline application with these changes:

☒ The government presents sentencing argument: The government makes no specific recommendation.
☒ The defendant presents sentencing argument: Defendant requests time served with supervised release.

☒ Defendant exercises right of allocution.
☒ The court imposes sentence.

☐ The government dismisses count(s) _____.
☒ Defendant advised of appeal rights.

Craig Nicholson, defendant's father addresses the Court.
The government comments on charging decision and presents facts surrounding the case.

**SENTENCE IMPOSED:**

**Imprisonment:**   30   Days as to Count(s)   1   of the   indictment  
                         Months as to Count(s)       of the

Imprisonment term for each count to be served ☐ concurrently ☐ consecutively.
TOTAL TERM OF IMPRISONMENT IMPOSED: 30 days.

☐ This term of imprisonment is to be served (☐ concurrently with <u>or</u> ☐ consecutively to) any state court sentence the defendant is currently serving.

**Probation:**       Years as to Count(s)       of the

**Supervised Release:**   3   Years as to Count(s)   1   of the   indictment  
                  Years as to Count(s)       of the

**MONETARY PENALTIES**

**Special Assessment:**  $ 100.00   due immediately

**Fine:**   $           ☒ fine waived

**Restitution:**   $           ☐ determination deferred

**JOINT AND SEVERAL PAYMENTS**

☐ Fine and/or ☐ Restitution is **joint and several** with _____.
☐ Repayment of Buy Money is **joint and several** with _____.

**FORFEITURE**

☐ All property forfeited upon conviction or by order of the court shall be included in the criminal judgment.

**RECOMMENDATIONS**

☐ The court recommends the defendant's placement at _____.
☐ The court recommends the defendant's participation in the Bureau of Prisons' 500-hour drug treatment program.
☐ Other: _____.

**CUSTODY**

☒ The defendant is remanded to the custody of the U.S. Marshal Service.
☐ The defendant is to voluntarily surrender at the institution designated by the Bureau of Prisons as notified by the U.S. Probation Office; ☐ on or after _____.

**CONDITIONS OF SUPERVISED RELEASE/PROBATION**

☒ The defendant does not object to the conditions of supervised release as set forth in the presentence investigation report.
☐ The defendant waives reading of the conditions of supervised release.

☒ **Mandatory Conditions of Supervision** imposed.

☒ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report without change.
☐ The Court adopts the **Standard Conditions of Supervision** set forth in the presentence investigation report with the following changes:

☐ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report without change.
☒ The Court adopts the **Special Conditions of Supervision** set forth in the presentence investigation report with the following changes: The defendant must participate in an Alcohol and Drug Assessment.